UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 08-cv-00535-AP

In re:
CSI ENTERPRISES, INC.,
ENERGY FUELS, LTD.,
OREN LEE BENTON,
ENERGY FUELS EXPLORATION COMPANY,
NUEXCO TRADING CORPORATION,
ENERGY FUELS MINING JOINT VENTURE,

         Debtors.

INDUSTRIAS NUCLEARES DO BRASIL, S/A,

         Appellant,
v.
CSI ENTERPRISES, INC.,
ENERGY FUELS, LTD.,
OREN LEE BENTON,
ENERGY FUELS EXPLORATION COMPANY,
NUEXCO TRADING CORPORATION,
ENERGY FUELS MINING JOINT VENTURE,

         Appellee.

## ORDER GRANTING MOTION TO DISMISS APPEAL

      This matter is before the Court on the Motion to Dismiss Appeal (doc. #9), filed April 14, 2008, by Appellant Industrias Nucleares Do Brazil ("***INB***") on April 9, 2008. It is

      ORDERED that this action is DISMISSED.

Dated: April 14, 2008

                                    BY THE COURT:

                                    ***s/John L. Kane***
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT